# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKO JONES, | Case No. EDCV 07-00011-JWJ |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

**IT IS ADJUDGED** that Judgment be entered **REMANDING** this case to the Commissioner of the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings in accordance with this Court's Order, which was filed concurrently in this case.

DATED: March 31, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge