UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMIKO JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br><br>        Defendant. | Case No. EDCV 07-11-JWJ<br><br>ORDER GRANTING IN PART<br>PLAINTIFF'S MOTION FOR<br>EAJA ATTORNEY'S FEES |

    Plaintiff has filed a Motion for Attorney's Fees pursuant to 28 U.S.C. §2412, the Equal Access to Justice Act. Defendant has filed an Opposition. The matter has been taken under submission without oral argument. The Court now grants plaintiff's motion, although in a lesser amount than sought.

    After a careful review of the pleadings in this matter, the Court has determined that Plaintiff should receive an attorney's fee award pursuant to the Equal Access to Justice Act (EAJA). <u>See</u> 28 U.S.C. § 2412. The Court finds that while the position taken by the Commissioner in this matter was certainly not frivolous, it also was not substantially justified.

    Plaintiff has provided the Court with justification for 35.2 hours of attorney time. The Court will not consider an award for attorney time that

has not been justified.  The Court finds that the eighteen hours spent by plaintiff counsel in summarizing testimony before the administrative law judge and relevant medical records is excessive.  Thus, the Court has determined to reduce the award for that portion of plaintiff counsel's work by five hours.

Accordingly, **IT IS ORDERED** that pursuant to the EAJA, plaintiff receive an attorney's fee award for 30.2 hours at a rate of $167.77.  Thus, the total EAJA fee award shall be $5,066.65.

**IT IS THEREFORE ORDERED** that EAJA fees in the amount of $5,066.65 be paid to plaintiff by defendant pursuant to 28 U.S.C. § 2412.

DATED:  September 12, 2008

/s/
JEFFREY W. JOHNSON
United States Magistrate Judge